UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAJING ZHANG,

Plaintiff,

-against-

TD BANK, N.A.,

Defendant.

26-CV-9646 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $405.00 in fees—a $350.00 filing fee and a $55.00 administrative fee—within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated: November 9, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge